No. 02–10252.  GARY *v.* TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 02–10255.  HARVEY *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10262.  LEVER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 02–10263.  JENKINS *v.* BRADSHAW ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10271.  J. B. C. *v.* P. A. B.  Super. Ct. Pa.  Certiorari denied.

No. 02–10272.  MARVEL *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 02–10279.  ZIMMERMAN *v.* GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10280.  ROBINSON *v.* GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10282.  PATTON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10285.  PRENATT *v.* SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 02–10287.  RIVERA *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10293.  SPYCHALA *v.* LEWIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10295.  FARRIS *v.* NATIONSBANC MORTGAGE CORP. ET AL.  Ct. App. Ga.  Certiorari denied.

No. 02–10297.  CHAVEZ *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.